IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DESHAWN ANDREWS | § | |
| VS. | § | CIVIL ACTION NO. 1:15-CV-78 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner DeShawn Andrews, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this motion for leave to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying the motion for leave to file a petition for writ of habeas corpus and dismissing the action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 2) is **ADOPTED**. Petitioner's motion for leave to file a petition for writ of habeas corpus (document no. 1) is

**DENIED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **18** day of **April, 2015.**

_____
Ron Clark, United States District Judge